# MEMORANDUM DECISIONS.

[Civil No. 513.]

ANNIE CADMAN, Plaintiff in Error, v. THE OLD DO-
MINION COPPER COMPANY, Defendant in Error.

ERROR to District Court of the Second Judicial District
in and for the County of Gila. O. T. Rouse, Judge.

Barnes & Martin, for Plaintiff in Error.

Fitch & Campbell, for Defendant in Error.

January 15, 1896. Dismissed.

[Civil No. 525.]

H. OHUICK, Appellant, v. M. H. SHERMAN, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. A. C. Baker,
Judge.

Kibbey & Williams, for Appellant.

C. F. Ainsworth, for Appellee.

January 16, 1896. Affirmed.

[Civil No. 524.]

WILLIAM A. HANCOCK et al., Appellants, v. THOMAS
W. PEMBERTON, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. A. C. Baker,
Judge.

No appearance for Appellants.

C. F. Ainsworth, for Appellee.

January 16, 1896. Affirmed.